1155 AVENUE OF THE AMERICAS, NEW YORK, NY 10036-2711

**JENNER & BLOCK** LLP

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/12/2023

September 12, 2023

Richard Levin
Tel +1 212 891 1600
RLevin@jenner.com

Honorable Katharine H. Parker
United States District Court
500 Pearl Street, Room 750
New York, NY 10007

**MEMO ENDORSED**

Re:   Case No. 1-23-cv-07194-AT-KHP, *In re Ditech Holding Corp.*—
      Request for Adjournment of Hearing

Dear Judge Parker:

I represent Appellee Stacey L. Tutt, the Consumer Claims Trustee, in this bankruptcy appeal. I respectfully request an adjournment of the in-person conference scheduled in this matter for Thursday, November 9, 2023, at 10:00 a.m. [*see* ECF 5], because I am scheduled to be out of town at a conference from Wednesday, November 8 through Friday, November 10, 2023.

I can be available for an in-person conference or hearing any day for the remainder of November (that is, after November 13), except November 30.

I can also be available for a virtual conference or hearing any day in November other than November 6 or November 30.

I appreciate any accommodation the Court can provide.

Sincerely,

*/s/ Richard Levin*

Richard Levin
Jenner & Block LLP
*Counsel for Consumer Claims Trustee*

**APPLICATION GRANTED:** The Case Management Conference scheduled for 11/09/2023 at 10:00 AM in Courtroom 17D, 500 Pearl Street, New York, NY 10007 before Judge Katharine H. Parker is hereby converted to a telephonic conference and rescheduled to Thursday, November 16, 2023 at 2:00 p.m. Counsel for the parties are directed to call Judge Parker's AT&T conference line at the scheduled time. Please dial (866) 434-5269; access code 4858267. The Clerk of Court is directed to mail a copy of this endorsement to the Plaintiff.

APPLICATION GRANTED

*Katharine H. Parker*    09/12/2023
Hon. Katharine H. Parker, U.S.M.J.

cc:   Kevin Etter, Appellant, *pro se* (via U.S. Mail)

      Richard Slack, Esq, Weil, Gotshal & Manges LLP, counsel for Appellee Plan Administrator (via ECF)

CHICAGO   LONDON   LOS ANGELES   NEW YORK   SAN FRANCISCO   WASHINGTON, DC    WWW.JENNER.COM