Kevin Etter
2376 Arizona Way, Yuba City, CA 95991
Tel + 530-845-3273
Etters826@gmail.com

January 12, 2024

United States District Court
Pro Se Intake Unit
500 Pearl St., Pro Se Dept.
New York, NY 10007

**Re:**   Case No. 1-23-cv-07194-AT-DEH-KHP, In re Ditech Holding Corp –
Request for Extension to Written File Written Objection to R&R

Dear Honorable Judge Ho:

I am Kevin Etter, Pro Se Appellant in this Bankruptcy Appeal. I would respectfully request an extension to file a written objection to the Report and Recommendation on 12/28/2023.

Although it was filed on December 28, 2023, it was not postmarked until January 5th, eight days later. We did not receive it in the mail until yesterday, January 11th, two weeks since its filing.

A copy of the postmarked envelope with the postmark date of January 5th is attached.

Because of the lateness in receiving it, I would request an extension to file an objection.

Sincerely,

/s/ Kevin Etter
_____
Kevin Etter
Pro Se Appellant


cc:   Richard Slack, Esq., Weil, Gotshal & Manges LLP, counsel for Appellee Plan Administrator and
Richard Levin, Jenner & Block, counsel for the Consumer Claims Trustee (automatic ECF email)

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
U.S. COURTHOUSE - 500 PEARL STREET
NEW YORK, NY 10007

OFFICIAL BUSINESS





quadient
FIRST-CLASS MAIL
IMI
$002.31
01/05/2024 ZIP 1000
043M31233901