UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

DITECH HOLDING CORPORATION, et al.,

                                       23 CIVIL 7194 (DEH)(KHP)

Debtors.            **JUDGMENT**
-----------------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 29, 2024 the Report and Recommendation is ADOPTED IN FULL. Accordingly, the case is closed.

**Dated:** New York, New York

March 29, 2024

                                                      **RUBY J. KRAJICK**
                                                        **Clerk of Court**

                          **BY:**
                                                     **Deputy Clerk**